**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PREDRAG VUKMIROVIC,

*Petitioner,*

v.

ERIC H. HOLDER Jr., Attorney
General,

*Respondent.*

No. 05-75936

Agency No.
A072-443-690

ORDER

Filed April 6, 2011

Before: Mary M. Schroeder and Johnnie B. Rawlinson,
Circuit Judges, and James Maxwell Moody, District Judge.*

## ORDER

The Petition for Rehearing En Banc is denied. The panel
grants rehearing. A separate Opinion on Rehearing will be
filed concurrently with this order.

---

*The Honorable James Maxwell Moody, Senior United States District
Judge for the Eastern District of Arkansas, sitting by designation.